In the Matter of the Petition of NEW YORK TAXICAB COMPANY, Appellant, for the Substitution of Attorneys in the Place of LEWIS D. MOONEY, Respondent.

*Matter of N. Y. Taxicab Co.*, 150 App. Div. 141, appeal dismissed.
(Submitted October 3, 1912; decided October 15, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 2, 1912, which reversed an order of Special Term confirming the report of a referee appointed to determine the amount of an attorney's lien.

*Edward D. Brown* for appellant.

*Roger Foster* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, HISCOCK, CHASE and COLLIN, JJ.